1

2

3

4

5                                **UNITED STATES DISTRICT COURT**

6                                      **DISTRICT OF NEVADA**

7

8    GREG W. MARSH,                                     )
                                                        )
9                          Plaintiff,                   )    Case No.: 2:12-cv-00888-GMN-GWF
                                                        )
10   vs.                                                )    **ORDER**
                                                        )
11                                                      )    Request for Removal from Service
     SUN LIFE AND HEALTH INSURANCE, *et al.*,           )    List (#18)
12                                                      )
                           Defendants.                  )
13   _____        )

14          This matter comes before the Court on Defendant Sun Life and Health Insurance's ("Sun

15   Life") Request for Removal from Service List (#18), filed on October 22, 2012.  Sun Life

16   represents to the Court that Sheri Thome, Esq., will no longer be attorney of record for Sun Life in

17   this matter.  Sun Life will continue to be represented by Kym Cushing, Esq., and Reed Werner,

18   Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP.  Accordingly,

19          **IT IS HEREBY ORDERED** that Defendant Sun Life and Health Insurance's Request for

20   Removal from Service List (#18) is **granted.**  The Clerk of the Court shall remove Sheri Thome,

21   Esq. from the service list for this case.

22          DATED this 23rd day of October, 2012.

23

24                                                  _____
                                                    GEORGE FOLEY, JR.
25                                                  United States Magistrate Judge

26

27

28