# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREG W. MARSH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUN LIFE AND HEALTH INSURANCE, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:12-cv-00888-GMN-GWF<br><br>**ORDER**<br><br>Request for Removal from Service List (#18) |

　　　This matter comes before the Court on Defendant Sun Life and Health Insurance's ("Sun Life") Request for Removal from Service List (#18), filed on October 22, 2012. Sun Life represents to the Court that Sheri Thome, Esq., will no longer be attorney of record for Sun Life in this matter. Sun Life will continue to be represented by Kym Cushing, Esq., and Reed Werner, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP. Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant Sun Life and Health Insurance's Request for Removal from Service List (#18) is **granted.** The Clerk of the Court shall remove Sheri Thome, Esq. from the service list for this case.

　　　DATED this 23rd day of October, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge